IGNACIA S. MORENO, Assistant Attorney General
ROMNEY PHILPOTT, Trial Attorney (Colo. Bar No. 35112)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0258
Facsimile: (202) 305-0274
romney.philpott@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB,<br><br>    Plaintiffs,<br><br>  vs.<br><br>BUREAU OF LAND MANAGEMENT and KEN SALAZAR, Secretary of Interior,<br><br>    Defendants. | 5:11-cv-06174-PSG<br><br>STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER |

Pursuant to Civil L.R. 6-1(a), defendants the Bureau of Land Management and the Honorable Ken Salazar, in his official capacity as United States Secretary of the Interior (collectively, "Defendants"), and plaintiffs Center for Biological Diversity and Sierra Club (collectively, "Plaintiffs"), having conferred through their respective counsel, hereby stipulate to extend Defendants' deadline to respond to Plaintiffs' amended complaint as set forth below. This extension will not impact any current case management deadlines.

Defendants' deadline to file their response to Plaintiffs' amended complaint is extended by two weeks, such that their answer or other response is due on or before February 24, 2012.

STIPULATION TO EXTEND DEFENDANTS'
DEADLINE TO RESPOND TO COMPLAINT

5:11-cv-006174-PSG

U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663

1 | Dated: February 3, 2012

Plaintiff CENTER FOR BIOLOGICAL DIVERSITY

By their attorneys,

  */s/ David R. Hobstetter*
BRENDAN R. CUMMINGS
DAVID ROBERT HOBSTETTER
Center for Biological Diversity


Plaintiff SIERRA CLUB

By their attorney,

  */s/ Nathan D. Matthews*
NATHAN D. MATTHEWS
Sierra Club


Defendants BUREAU OF LAND MANAGEMENT)
and KEN SALAZAR, Secretary of Interior

By their attorneys,

IGNACIA S. MORENO, Assistant Attorney General


  */s/ Romney S. Philpott*
ROMNEY S. PHILPOTT, Trial Attorney
Colo. Bar No. 35112
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section


**ORDER**

It is so ordered.

Dated:  2/6/2012

_____

United States Magistrate Judge

STIPULATION TO EXTEND DEFENDANTS'
DEADLINE TO RESPOND TO COMPLAINT

5:11-cv-006174-PSG

2

U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB, | ) ) ) | 5:11-cv-06174-PSG |
| Plaintiffs, | ) ) | **Certificate of Service** |
| vs. | ) ) | |
| BUREAU OF LAND MANAGEMENT and KEN SALAZAR, Secretary of Interior, | ) ) ) | |
| Defendants. | ) ) | |

I hereby certify that on February 3, 2012, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record:

Brendan R. Cummings
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Email: bcummings@biologicaldiversity.org

David Robert Hobstetter
Center for Biological Diversity
351 California Street
Suite 600
San Francisco, CA 94104
Email: dhobstetter@biologicaldiversity.org

Nathan D. Matthews
Sierra Club
85 2nd Street
Second Floor
San Francisco, CA 94105
Email: nathan.matthews@sierraclub.org

STIPULATION TO EXTEND DEFENDANTS'
DEADLINE TO RESPOND TO COMPLAINT

5:11-cv-006174-PSG

3

U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663

1
2
                                            */s/ Romney Philpott*
                                            ROMNEY PHILPOTT

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND DEFENDANTS'
DEADLINE TO RESPOND TO COMPLAINT

4

U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663

5:11-cv-006174-PSG                                                                                    Washington, D.C. 20044-0663