UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> THE BUREAU OF LAND MANAGEMENT, ET AL., <br><br> Defendants. | Case No.: C 11-6174 PSG <br><br> **CASE MANAGEMENT ORDER** |

On March 13, 2012, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Last Day for Defendants to Submit Administrative Record . . . . . . . . . . . . . . . April 24, 2012

Last Day for Plaintiffs to File Summary Judgment Motion . . . . . . . . . . . . . . . . . July 9, 2012

Last Day for Defendants to File Cross-Motion for SJ and Opp . . . . . . . . . . . . Sept. 7, 2012

Last day for Plaintiffs to File Reply and Opp. to Cross-Motion . . . . . . . . . . . . . Oct. 8, 2012

Case No.: C 11-06174 PSG
CASE MANAGEMENT ORDER

Last Day for Defendants to File Reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Nov. 7, 2012

Hearing on Cross-Motions for SJ . . . . . . . . . . . . . . . . . . . 10:00 a.m. on December 4, 2012

If any party seeks to resolve a dispute regarding the adequacy of the Administrative Record, the following briefing schedule shall apply:

Last Day to File a Motion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 4, 2012

Last day to File an Opposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 18, 2012

Last Day to File a Reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .June 25, 2012

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[1] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: 3/15/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

Case No.: C 11-06174 PSG
CASE MANAGEMENT ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C 11-06174 PSG
CASE MANAGEMENT ORDER