# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE BUREAU OF LAND MANAGEMENT and KEN SALAZAR, Secretary of the Department of the Interior,<br><br>    Defendants. | Case No. CV-11-06174-PSG<br><br>**[PROPOSED] ORDER**<br><br>Hearing on Cross-Motions for Summary Judgment Scheduled for 10:00 a.m. on December 4, 2012 |

Having considered the Parties' Stipulation Extending Time to File Responsive Briefs, the Court hereby revises the following briefing due dates established by the March 15, 2012, Case Management Order (Doc. No. 22):

**Amended Due Date**

Plaintiffs' Reply and Opp. To
    Cross-Motion . . . . . . . . .     Oct. 15, 2012

Defendants' Reply . . . . . . . . . .   Nov. 14, 2012

IT IS SO ORDERED

DATED this __9.10.__ ~~day of~~ _____ 2012

*Paul S. Grewal* (signature)
Honorable Paul S. Grewal
United States District Court Magistrate Judge

---

Proposed Order
Case No. CV-11-06174-PSG