Benjamin G. Shatz (Cal. Bar. No. 160229)
MANATT, PHELPS & PHILLIPS, LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064
Email: BShatz@manatt.com
Telephone: 310-312-4000
Facsimile: 310-312-4224

Ezekiel J. Williams (Colo. Bar. No. 24844)*
Steven K. Imig (Colo. Bar No. 39016)**
DUCKER, MONTGOMERY, LEWIS & BESS, P.C.
1560 Broadway, Suite 1400
Denver, CO 80202
Email: zwilliams@duckerlaw.com; simig@duckerlaw.com
Telephone: 303-861-2828
Facsimile: 303-861-4017
*Attorneys for Amicus Curiae*
*California Independent Petroleum Association*

\* Admission Pending
\*\* Pro Hac Vice Admission Pending

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB,<br><br>    Plaintiffs,<br>v.<br><br>THE BUREAU OF LAND MANAGEMENT and KEN SALAZAR, Secretary of the Department of the Interior,<br><br>    Defendants. | Case No.: CV-11-06174-PSG<br><br>NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* CALIFORNIA INDEPENDENT PETROLEUM ASSOCIATION<br><br>DATE: Tuesday, October 23, 2012<br>TIME: 10:00 A.M.<br>Courtroom 5, 4th Floor<br>Hon. Paul S. Grewal |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that at 10:00 A.M. on Tuesday, October 23, 2012, or as soon thereafter as may be heard in the Honorable Judge Paul S. Grewal's courtroom of the United States District Court for the Northern District of California, San Jose Courthouse, Courtroom 5, 4th Floor, 280 South 1st Street, San Jose, CA 95113, California Independent Petroleum Association ("CIPA") will move this Court for leave to file an *amicus curiae* brief. This motion

1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
CALIFORNIA INDEPENDENT PETROLEUM ASSOCIATION — CV-11-06174-PSG

is based on the Memorandum of Points and Authorities below, the attached proposed brief of *amicus curiae*, all previous filings in this case, and such other evidence and argument as the Court shall permit.

For the reasons set forth below, CIPA seeks leave to file a brief of *amicus curiae* to represent its interests, and those of its members, in this action and provide the Court with its perspective to assist in the Court's resolution of this case.

## MEMORANDUM OF POINTS AND AUTHORITIES

CIPA respectfully moves for leave to file the accompanying *amicus curiae* brief in this action. A copy of the brief accompanies this motion. Counsel for CIPA has conferred with counsel for the other parties regarding this motion. Defendants take no position on this motion. Plaintiffs also take no position on this motion at this time, and will determine their position after reviewing the pleadings filed by CIPA. In support of this motion, CIPA states as follows:

### I.   THE LEGAL STANDARD

"The district court has broad discretion to appoint *amici curiae*." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982). There are no "strict prerequisites" for participation as *amicus curiae*, and courts have generally exercised "great liberality" in allowing *amici* to file briefs. *In re Roxford Foods Litigation*, 790 F. Supp. 987, 997 (E.D. Cal. 1991). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court …." *NGV Gaming Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (internal citations omitted).

### II.   CIPA HAS A UNIQUE PERSPECTIVE THAT CAN HELP THE COURT UNDERSTAND THE RAMIFICATIONS OF THIS CASE BEYOND THE PARTIES INVOLVED

CIPA is a non-profit, non-partisan trade association representing approximately 450 independent crude oil and natural gas producers, royalty owners, and service and supply companies operating in California. CIPA members are involved in all aspects of oil and gas exploration, production, marketing, and transportation, including the drilling and operation of wells on lands managed by the U.S. Bureau of Land Management ("BLM") throughout

2

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
CALIFORNIA INDEPENDENT PETROLEUM ASSOCIATION — CV-11-06174-PSG

California. CIPA educates the public and elected officials regarding a number of aspects of the oil and gas industry. For example, CIPA recently published a white paper on hydraulic fracturing in California.

CIPA members are subject to detailed federal, state, and local regulation of multiple aspects of their operations. CIPA members frequently purchase and develop oil and gas leases covering federal lands under management by the BLM.

First, this case concerns CIPA because Plaintiffs seek to require the BLM to make unreasonable assumptions regarding the level of oil development of the Monterey Shale that are based on the results of producing oil and natural gas from formations that are thousands of miles away. CIPA can explain to the Court why Plaintiffs' assumptions are flawed. Second, this case concerns CIPA because Plaintiffs make numerous unsupported claims regarding the well stimulation technology of hydraulic fracturing. CIPA can explain that: (1) most wells in California are not hydraulically fractured because of the nature of the geological structures; and (2) where fracturing does occur it is a highly regulated, safe practice that has been occurring for over 50 years. Third, this case concerns CIPA because Plaintiffs seek to require BLM to impose certain types of well completion and operational techniques at the leasing stage. CIPA can explain how those issues are already regulated in detail at the site-specific development stage, and that it would be wholly inappropriate for the BLM to identify specific operational requirements at the leasing stage for wells that may not be drilled for many years and whose particular characteristics cannot be identified at this time.

////
////
////
////
////
////
////

3

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
CALIFORNIA INDEPENDENT PETROLEUM ASSOCIATION — CV-11-06174-PSG

**III. CONCLUSION**

For these reasons, the Court should grant CIPA leave to file the brief of *amicus curiae* lodged with this motion.

Respectfully submitted this 14th day of September, 2012

By: *s/Benjamin G. Shatz*
MANATT, PHELPS & PHILLIPS, LLP

Ezekiel J. Williams
Steven K. Imig
DUCKER, MONTGOMERY,
LEWIS & BESS PC

*Attorneys For Amicus Curiae*
California Independent Petroleum Association

304597245.1

4

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
CALIFORNIA INDEPENDENT PETROLEUM ASSOCIATION — CV-11-06174-PSG

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES