IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE BUREAU OF LAND MANAGEMENT and KEN SALAZAR, Secretary of the Department of the Interior,<br><br>    Defendants. | Case No. CV-11-06174-PSG<br><br>[~~PROPOSED~~] ORDER |

Having considered the Parties' Stipulated Request to Extend Time to Meet and Confer and Submit an Appropriate Judgment, the Court hereby revises the following deadline established by the March 31, 2013, Order Re Cross-Motions for Summary Judgment (Doc. No. 45) as follows:

On or before May 15, 2013 the Parties will submit to the court either a joint proposed judgment that addresses remedy issues in the case or a joint proposed briefing schedule for addressing any issues regarding remedy to which the Parties are unable to agree.

IT IS SO ORDERED

DATED this __twelfth__ day of _April_ 2013

_Paul S. Grewal_
Honorable Paul S. Grewal
United States District Court Magistrate Judge