# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BUREAU OF LAND MANAGEMENT and SALLY JEWELL, Secretary of the Department of the Interior,<br><br>Defendants. | Case No.: CV-11-06174-PSG<br><br>**ORDER ON MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* CALIFORNIA INDEPENDENT PETROLEUM ASSOCIATION REGARDING REMEDY** |

This matter is before the Court on the California Independent Petroleum Association's ("CIPA") Motion for Leave to File Brief of *Amicus Curiae*.

CIPA's Motion is hereby GRANTED. CIPA's proposed *amicus* brief shall be accepted for filing.

It is so ordered.

Dated: __June 26, 2013_____

By: ___Paul S. Grewal_____
United States Magistrate Judge