UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants, | Case No. CV1-06174 PSG <br><br> [~~PROPOSED~~] **ORDER GRANTING LEAVE TO FILE BRIEF OF *AMICUS CURIAE* AMERICAN PETROLEUM INSTITUTE** |

This matter is before the Court on American Petroleum Institute's ("API") Motion for Leave to File Brief of *Amicus Curiae*.

API's Motion is hereby GRANTED. API's proposed *amicus* brief shall be accepted for filing.

It is so ordered.

DATED: July 8, 2013

*[signature]*

The Honorable Paul S. Grewal