# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE BUREAU OF LAND MANAGEMENT and S.M.R. JEWELL, Secretary of the Department of the Interior,<br><br>    Defendants. | Case No. CV-11-06174-PSG<br><br>**JOINT STATUS REPORT** |

Plaintiffs Center for Biological Diversity and Sierra Club and defendants S.M.R. Jewell, in her official capacity of Secretary of the Interior, and the Bureau of Land Management (together, "the Parties") provide this joint status report regarding the status of their negotiations.

As reported in the Parties' prior joint status reports filed in this case (and in the related case, *Center for Biological Diversity et al. v. S.M.R. Jewell, et al.*, 5:13-cv-01749-PSG), the Parties' attorneys had reached a tentative resolution addressing the substance of Plaintiffs' claims, but were continuing to negotiate with respect to Plaintiffs' claim to attorneys' fees. *See e.g.*, ECF No. 79, 80.  The Parties have now reached a tentative resolution of Plaintiffs' claim to attorneys' fees.  However, as previously explained, the Parties' tentative agreement resolving the cases will now need to be authorized under both Plaintiffs' and Federal Defendants' approval processes.

Accordingly, the Parties will proceed with their authorization processes and, unless the Court orders otherwise, will report back to the Court on January 17, 2014 as to the status of their approval processes if the Parties have not by that point filed dismissal papers.

FOR THE PLAINTIFFS:

Dated:  December 4, 2013

1

Joint Status Report
Case No. CV-11-06174-PSG

|   |   |
|---|---|
| 1 | /s/ Brendan Cummings |
| 2 | David R. Hobstetter (CA Bar No. 277344) |

/s/ Brendan Cummings
David R. Hobstetter (CA Bar No. 277344)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682 x321
Facsimile: (415) 436-9683
Email: dhobstetter@biologicaldiversity.org

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone: (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Nathan Matthews (CA Bar No. 264248)
Sierra Club
85 2nd St., Second Floor
San Francisco, CA 94105
Phone: (415) 977-5695
Facsimile: (415) 977-5793
Email: Nathan.Matthews@sierraclub.org

Attorneys for Plaintiffs
CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB

FOR THE FEDERAL DEFENDANTS:

Dated: December 4, 2013

Robert G. Dreher
Acting Assistant Attorney General

/s/ Romney S. Philpott
Romney S. Philpott (Colo. Bar No. 35112)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0258
Facsimile: (202) 305-0274
romney.philpott@usdoj.gov

Attorneys for Defendants
BUREAU OF LAND MANAGEMENT and S.M.R. JEWELL, Secretary of the Interior

2

Joint Status Report
Case No. CV-11-06174-PSG

1
2   I, Romney S. Philpott, pursuant to Electronic Case Filing General Order 45X,
3   attest that Brendan Cummings has concurred in and authorized the filing of this
    Joint Status Report.
4
    /s/ Romney S. Philpott
5   Romney S. Philpott
    Attorney for Defendants
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    3
Joint Status Report
Case No. CV-11-06174-PSG