# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE BUREAU OF LAND MANAGEMENT and S.M.R. JEWELL, Secretary of the Department of the Interior,<br><br>    Defendants. | Case No. CV-11-06174-PSG<br><br>**JOINT STATUS REPORT** |

Plaintiffs Center for Biological Diversity and Sierra Club and defendants S.M.R. Jewell, in her official capacity of Secretary of the Interior, and the Bureau of Land Management (together, "the Parties") provide this joint status report regarding the status of their negotiations.

As reported in the Parties' prior joint status reports filed in this case (and in the related case, *Center for Biological Diversity et al. v. S.M.R. Jewell, et al.*, 5:13-cv-01749-PSG), the Parties' attorneys have reached a tentative resolution addressing the substance of Plaintiffs' claims, as well as Plaintiffs' claim to attorneys' fees.  *See e.g.*, ECF No. 85.  As reported in their previous status report, the Parties have commenced and are pursuing their authorization processes, which require, for Federal Defendants' part, multiple levels of approval within Bureau of Land Management, the Department of the Interior, and the Department of Justice.  These processes continue to move forward, but the Parties require additional time for their completion.

Accordingly, the Parties will continue with their authorization processes and, unless the Court orders otherwise, will report back to the Court on June 6, 2014 as to the status of their approval processes if the Parties have not by that point filed dismissal papers.

FOR THE PLAINTIFFS:

Dated:   May 2, 2014

1

Joint Status Report
Case No. CV-11-06174-PSG

/s/ Brendan Cummings_____
David R. Hobstetter (CA Bar No. 277344)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682 x321
Facsimile: (415) 436-9683
Email: dhobstetter@biologicaldiversity.org

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone: (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Nathan Matthews (CA Bar No. 264248)
Sierra Club
85 2nd St., Second Floor
San Francisco, CA 94105
Phone: (415) 977-5695
Facsimile: (415) 977-5793
Email: Nathan.Matthews@sierraclub.org

Attorneys for Plaintiffs
CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB

FOR THE FEDERAL DEFENDANTS:

Dated: May 2, 2014

Robert G. Dreher
Acting Assistant Attorney General

/s/ Romney S. Philpott
Romney S. Philpott (Colo. Bar No. 35112)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0258
Facsimile: (202) 305-0274
romney.philpott@usdoj.gov

Attorneys for Defendants
BUREAU OF LAND MANAGEMENT and S.M.R.

JEWELL, Secretary of the Interior

I, Romney S. Philpott, pursuant to Electronic Case Filing General Order 45X, attest that Brendan Cummings has concurred in and authorized the filing of this Joint Status Report.

/s/ Romney S. Philpott
Romney S. Philpott
Attorney for Defendants

3

Joint Status Report
Case No. CV-11-06174-PSG