UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants. | Case No.  11-cv-06174-DMR <br><br> **ORDER RE REASSIGNED CASE** |

This matter has been reassigned to the undersigned for all further proceedings. [Docket No. 99.] The parties shall continue to file status updates with the court every 90 days, as previously ordered. [*See* Docket No. 89.] The next status update is due by July 6, 2016.

**IT IS SO ORDERED.**

Dated: June 15, 2016



Donna M. Ryu
United States Magistrate Judge